**ORIGINAL**

FILED
HARRISBURG
JUN 0 5 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FIDTLER, | |
| Plaintiff, | |
| v. | Civil Action No. 1:CV-01-0955 |
| | (Judge Kane) |
| PA DEPARTMENT OF CORRECTIONS, CHARLES STROUP, KAREN RODGERS, CHARLES MCCLOSKEY, and RAY SMITH, | (Magistrate Judge Smyser) |
| Defendants | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants, Pa. Department of Corrections, et al., by and through their attorney, Raymond W. Dorian, Assistant Counsel for the Pennsylvania Department of Corrections, hereby move this Court, pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss the Plaintiff's complaint against them for failure to state a claim upon which relief may be granted and for such other grounds as set forth in the supporting brief.

**WHEREFORE**, the Defendants respectfully request that the Plaintiff's Complaint be dismissed with prejudice.

Respectfully submitted,

Raymond W. Dorian
Assistant Counsel
Attorney I.D. No. 48148

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: June 5, 2001

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FIDTLER,

    Plaintiff,

v.

PA DEPARTMENT OF CORRECTIONS,
CHARLES STROUP, KAREN RODGERS,
CHARLES MCCLOSKEY, and
RAY SMITH,

    Defendants

Civil Action No. 1:CV-01-0955

(Judge Kane)

(Magistrate Judge Smyser)

## CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Defendants' Motion to Dismiss Plaintiff's Complaint upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

Joseph Fidtler, CD-2250
SCI-Coal Township
1 Kelley Drive
Coal Township, PA 17866-1020

_Janelle C. Porr_
Janelle C. Porr
Clerk Typist 2

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-044

Dated: June 5, 2001