THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FIDTLER, | : | CIVIL NO. **1:01-CV-0955** |
| Plaintiff | : | (Judge Kane) |
| v. | : | (Magistrate Judge Smyser) |
| PA DEPARTMENT OF CORRECTIONS; CHARLES STROUP; KAREN RODGERS; CHARLES MCCLOSKEY; and RAY P. SMITH; | : | |
| Defendants | : | |

**CASE MANAGEMENT ORDER**

FILED
HARRISBURG, PA
JUN 0 6 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

The plaintiff, a prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint on April 25, 2001 in the Court of Common Pleas of Northumberland County, Pennsylvania. On May 30, 2001, the defendants removed the case to this court. The following case management deadlines govern this case.

1. **Discovery Deadline**. All discovery shall be planned and commenced so as to be completed by **December 5, 2001**.

2. **Discovery Limitations**. In the absence of mutual consent to exceed these limits or a court order, the maximum

number of interrogatories per side shall be twenty five (25); the maximum number of document production requests per side shall be twenty five (25); and the maximum number of requests for admissions per side shall be twenty-five (25).

3. **Discovery-Related Motions**. Any discovery-related motion shall be filed on or before **December 12, 2001**. Because the plaintiff is proceeding *pro se* and is in custody, compliance with Local Rule 26.3, Rules of Court, M.D. Pa., is not required in this case.

4. **Dispositive Motions**. Any dispositive motion shall be filed, as well as the supporting brief, on or before **February 5, 2002**.

5. **Consent**. On or before **October 5, 2001**, counsel for the defendant[s] shall file either a consent form, signed by all counsel and the plaintiff, consenting to proceed under 28 U.S.C. § 636(c) before a magistrate judge, or a statement that there is not mutual consent to have a magistrate judge serve as the judge of the case.

The court will, in the absence of good cause, adhere to the schedule hereby established. Extensions of the discovery period and of the deadline for filing dispositive motions will be granted only when good cause is shown and a motion is timely made.

                                                        J. Andrew Smyser
                                                       Magistrate Judge

Dated:     June 5, 2001.

AO 72A
(Rev 8/82)

```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                 MIDDLE DISTRICT OF PENNSYLVANIA

                 * * MAILING CERTIFICATE OF CLERK * *

                           June 6, 2001


Re:  1:01-cv-00955    Fidtler v. PA Department of Cor



True and correct copies of the attached were mailed by the clerk
to the following:


     Joseph Fidtler
     SCI-Coal Township
     CD-2250
     1 Kelly Drive
     Coal Township, PA  17866-1020

     Raymond W. Dorian, Esq.
     Office of Chief Counsel
     PA Dept of Corrections
     55 Utley Drive
     Camp Hill, PA  17011
```

```
cc:
Judge                        ( )           ( ) Pro Se Law Clerk
Magistrate Judge             ( )           ( ) INS
U.S. Marshal                 ( )           ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to: US Atty Gen    ( )   PA Atty Gen  ( )
                                     DA of County   ( )   Respondents  ( )
Bankruptcy Court             ( )
Other_____   ( )
                                              MARY E. D'ANDREA, Clerk
```

DATE: _____6/6/01_____          BY: _____/s/ STK_____
                                         Deputy Clerk