ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FIDTLER, :
:
Plaintiff, :
: Civil Action No. 1:CV-01-0955
v. :
: (Judge Kane)
PA DEPARTMENT OF CORRECTIONS, :
CHARLES STROUP, KAREN ROGERS, : (Magistrate Judge Smyser)
CHARLES MCCLOSKEY, :
RAY SMITH, :
:
Defendants :

FILED
HARRISBURG, PA

JUL 1 6 2001

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

### DEFENDANTS' MOTION FOR STAY OF DISCOVERY

AND NOW, come the Defendants, PA Department of Corrections, et al., by and through their attorney, Raymond W. Dorian, Assistant Counsel, Pennsylvania Department of Corrections, and request that the Court stay all discovery in this matter pending the outcome of the Defendants' Motion to Dismiss Plaintiff's Complaint filed on June 5, 2001, and any subsequent motion to dismiss, for the reasons set forth in the Defendants' supporting brief.

**WHEREFORE**, the Defendants request that the Court stay all discovery pending the final disposition of the Defendants' Motion to Dismiss Plaintiff's Complaint, and any subsequent motions to dismiss.

Respectfully submitted,

Raymond W. Dorian
Assistant Counsel
Attorney I.D. No. 48148

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated: July 16, 2001

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FIDTLER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:CV-01-0955 |
| | : (Judge Kane) |
| PA DEPARTMENT OF CORRECTIONS, | : |
| CHARLES STROUP, KAREN RODGERS, | : (Magistrate Judge Smyser) |
| CHARLES MCCLOSKEY, and | : |
| RAY SMITH, | : |
| Defendants | : |

### CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Defendants' Motion for Stay of Discovery upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

Joseph Fidtler, CD-2250
SCI-Coal Township
1 Kelley Drive
Coal Township, PA 17866-1020

*Janelle C. Stapleton*
Janelle C. Stapleton
Clerk Typist 2

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: July 16, 2001