THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FIDTLER, | : | CIVIL NO. 1:01-CV-0955 |
| Plaintiff | : | (Judge Kane) |
| v. | : | (Magistrate Judge Smyser) |
| PA DEPARTMENT OF CORRECTIONS; CHARLES STROUP; KAREN RODGERS; CHARLES MCCLOSKEY; and RAY P. SMITH; | : | |
| Defendants | : | |

FILED
HARRISBURG, PA
AUG 06 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

<u>ORDER</u>

The plaintiff, a prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint in the Court of Common Pleas of Northumberland County, Pennsylvania. The plaintiff claims that the defendants' refusal to provide him with idle pay violates his due process rights and is a violation of the *ex post facto* clauses of the United States Constitution. On May 30, 2001, the defendants removed the case to this court.

On June 5, 2001, the defendants filed a motion to dismiss the complaint. By a Report and Recommendation dated

July 10, 2001 it was recommended that the defendants' motion to dismiss be granted and that the case file be closed.

On July 16, 2001, the defendants filed a motion to stay discovery and a brief in support of that motion. The defendants request that the court stay all discovery pending a decision on their motion to dismiss. The plaintiff has not filed a brief in opposition to the motion.

We will grant the unopposed motion for stay of discovery.

AND NOW, this 6th day of August, 2001, **IT IS HEREBY ORDERED** that the defendants' motion (doc. 9) for a stay of discovery is granted. Discovery is stayed pending a decision on the defendants' motion to dismiss.

J. Andrew Smyser
Magistrate Judge

Dated: August 6, 2001.

2

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                           August 6, 2001


Re:  1:01-cv-00955    Fidtler v. PA Department of Cor



True and correct copies of the attached were mailed by the clerk
to the following:


     Joseph Fidtler
     SCI-Coal Township
     CD-2250
     1 Kelly Drive
     Coal Township, PA  17866-1020

     Raymond W. Dorian, Esq.
     Office of Chief Counsel
     PA Dept of Corrections
     55 Utley Drive
     Camp Hill, PA  17011



cc:
Judge                           ( )            ( ) Pro Se Law Clerk
Magistrate Judge                ( )            ( ) INS
U.S. Marshal                    ( )            ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____      ( )
                                                MARY E. D'ANDREA, Clerk
```

DATE: _____8-6-01_____          BY: _____/s/_____
                                    Deputy Clerk