In the U.S. Dist. Court
— for the Middle Dist. of Pa. —

Joseph Fiotler                          Civil Action
         v.
Pa. Dept. of Corrections                1:CV-01-0955
         et al.

— Notice of Appeal —

FILED
OCT 26 2001
PER
HARRISBURG, PA.    DEPUTY CLERK

Plaintiff hereby seeks an appeal from the final order dated Oct. 19, 2001 granting defendants motion to dismiss plaintiff's complaint.

Dated Oct. 23 2001

            Joseph Fiotler
                    Plaintiff

Certified from the record
Date 10/29/01
Mary E. D'Andrea, Clerk
Per Shawn L. ___
        Deputy Clerk