INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

JOSEPH FIDTLER  
    Plaintiff/Appellant

Dist. Ct. Docket # 1:01-CV-0955

(Judge Yvette Kane)

v.

Ct. of Appeals Docket #_____

PA DEPARTMENT OF CORRECTIONS, et al.  
    Defendants/Appellees

NOTICE OF APPEAL FILED 10/26/01   COURT REPORTERS: No  
FILING FEE:  
Notice of Appeal    ____ Paid   X   Not Paid   ____ Seaman  
Docket Fee          ____ Paid   X   Not Paid   ____ US or Govt.

CJA Appointment: (Attach copy of order) N/A  
____Private Attorney  
____Defender Association or Federal Public Defender  
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)  
____Motion Granted In First Instance  
____Denied (as moot)  
____Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order) N/A  
____Granted  
____Denied  
____Pending

MOTIONS CURRENTLY PENDING : NO

COPIES TO:  
Judge Yvette Kane  
Joseph Fidtler, Plaintiff  
File Copy

Mag. Judge J. Andrew Smyser  
Raymond W. Dorian, Esquire

Shawna L. Cihak  
Deputy Clerk

DATED: October 29, 2001

FILED  
HARRISBURG  
NOV 0 5 2001  
MARY E. D'ANDREA, CLERK  
Per_____  
DEPUTY CLERK

*Please return the enclosed copy of this letter as proof of receipt.*