OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4928

pacer.ca3.uscourts.gov

October 31, 2001

NOTICE OF DOCKETING OF APPEAL

Fidtler v. PA Dept Corrections

No(s): 01-cv-00955

(Honorable Yvette Kane)

FILED
HARRISBURG

NOV 0 5 2001

MARY E. D'ANDREA
Per _____
DEPUTY CLERK

An appeal by **Joseph Fidtler** was filed in the above-captioned case on 10/26/01, and docketed in this Court on 10/31/01, at No. **01-3994**.

Kindly use the Appeals Docket No. **01-3994** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk