Case 1:01-cv-00955-YK   Document 19   Filed 01/09/2002   Page 1 of 4

# JUDGE'S COPY

⑲
1-10-02
sc





```
United States Treasury (symbol ???)

Wed Jan  9 12:03:18 2002

UNITED STATES DISTRICT COURT
    SCRANTON     , PA

Receipt No.   111 (35571
Cashier       jill

Tender Type: CHECK

Check Number: 65029

Transaction Type    SR

MS Code    Div No    Acct
4667        T        A609PL

Amount             $     4.11

SCI COAL TOWNSHIP COAL TOWNSHIP, PA
17866

PARTIAL FILING FEE FOR NOTICE OF APP
EAL IN 1:CV-01-955
```

FILED
JAN 0 9 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

Secretary
JEFFREY A. BEARD, Ph.D.

Superintendent
FRANK D. GILLIS



1 KELLEY DRIVE
COAL TOWNSHIP, PA 17866
(570) 644-7890

# PENNSYLVANIA DEPARTMENT OF CORRECTIONS
## STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP

January 4, 2002

Mary E. DAndrea, Clerk
United States District Court
For the Middle District of Pennsylvania
228 Walnut Street, Room 1060
Harrisburg, PA  17108

Enclosed please find a check #65829 for Mr. Fidtler (CD2250) for $4.11 owed on Docket No.#01-3994 (01-CV-00955), this is his initial payment. I will continue to assess his account until the amount owed is paid in full.

Should you have any questions, please feel free to call me at (570)644-7890, ext. #112.

Sincerely,

Diane Kerstetter
Account Assistant
SCI-Coal Township

```
PA DEPT. OF CORRECTIONS
BUREAU OF COMPUTER SERVICES        INMATE ACCOUNTS SYSTEM
REMOTE PRINT TIME   9:10           PARTIAL ACCOUNT LISTING           RUN
                                      FROM ACTIVE FILE               DATE  1/
   INMATE      NAME                                                  PAGE
   NUMBER      LAST
   CD2250      FIDTLER        FIRST            MI
                              JOSEPH                              STARTING B
   BATCH       DATE                                                       29
     #      MO DY YEAR        TRANSACTION DESCRIPTION      TRANSACTION BALANCE
                                                             AMOUNT   TRANSAC
   8275    10-02-2001   32   COA COMMISSARY
                             FOR 10/02/2001                   -19.40
   8282    10-09-2001   32   COA COMMISSARY                                9.
                             FOR 10/09/2001                    -9.02
   4623    10-23-2001   10   MAINTENANCE PAYROLL                           .
                             PAY GRP. 2   9/16/01-10/15/01     27.93 ✓
   8303    10-30-2001   32   COA COMMISSARY                               28.8
                             FOR 10/30/2001                   -12.92
   4716    10-31-2001   12   BONUS PAYROLL                                15.9
                             SM. GAME TOURN. (REC-01-048)       8.00 ✓
   8310    11-06-2001   32   COA COMMISSARY                               23.9
                             FOR 11/06/2001                   -12.21
   4814    11-09-2001   37   POSTAGE                                      11.76
                             POSTAGE CHARGES @ COAL             -.57
   8318    11-14-2001   32   COA COMMISSARY                               11.19
                             FOR 11/15/2001                    -9.37
   8323    11-19-2001   32   COA COMMISSARY                                1.82
                             FOR 11/19/2001                    -1.81
   4913    11-20-2001   10   MAINTENANCE PAYROLL                           .01
                             PAY GRP. 2   10/16/01-11/15/01    32.20 ✓
   8331    11-27-2001   32   COA COMMISSARY                               32.21
                             FOR 11/27/2001                   -21.12
   8338    12-04-2001   32   COA COMMISSARY                               11.09
                             FOR 12/04/2001                   -11.00
   5204    12-20-2001   41   MEDICAL                                       .09
                             MEDICAL CO-PAY @ COAL 12/19/01    -2.00
                                                                          -1.91
                             BALANCE AFTER THESE TRANSACTIONS------>
                                                                          -1.91
```

THIS IS A CERTIFIED AND TRUE COPY.

*Diane Kerstetter*
Accounting Assistant 1

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE   1/03/2002
REMOTE PRINT TIME  9:10             FROM PURGE FILE              PAGE        1

   INMATE     NAME
   NUMBER     LAST                 FIRST          MI             STARTING BALANCE
   CD2250     FIDTLER              JOSEPH                               .17

  BATCH      DATE                                        TRANSACTION  BALANCE AFTER
    #     MO DY YEAR      TRANSACTION DESCRIPTION          AMOUNT      TRANSACTION

     0   08-17-2001  00  NO VALUE RECORD
                         INSERTED BY FILE PURGE ROUTINE
  4055   08-21-2001  10  MAINTENANCE PAYROLL
                         PAY GRP. 2 7/16/2001-8/15/2001      5.32         5.49
  8240   08-28-2001  32  COA COMMISSARY
                         FOR  8/28/2001                     -5.37          .12
  4366   09-25-2001  10  MAINTENANCE PAYROLL
                         PAY GRP. 2 8/16/2001-9/15/2001     29.26        29.38

                    BALANCE AFTER THESE TRANSACTIONS------>              29.38
```