OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Middle (Harrisburg)_ Clerk of District Court
(District)

Date _01/27/03_

_Fidtler v. PA Dept. Corrections_
(Caption)

C. of A. No. _01-3994_

RECEIVED
FEB 07 2003
MARY E. D'ANDREA, CLERK

_Joseph Fidtler_
(Appellant)

_01-cv-00955_
(D.C. No.)

Enclosures:

_01/27/03_ _____ Certified Copy of C. of A. Order by the Court/**Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____
is recalled.

_Carmella Wells_    (267)-299- _4928_
Deputy Clerk    Telephone Number

Receipt Acknowledge:
_Acknwl_
(Name)
_2-7-03_
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

N:\record release.wpd

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No.01-3994</u>

Fidtler v. PA. Dept. Of Corrections
01-cv-00955

ORDER

FILED
HARRISBURG, PA

FEB 0 7 2003

MARY E. D'ANDREA, CLERK
Per _____

It appearing that a panel of this Court disposed of the above case by an opinion filed, 11/25/02 and it further appearing that a petition for rehearing was timely filed by Appellant on 12/2/02 and further appearing that the Clerk's Office erroneously issued the certified judgment/judgment-order in lieu of formal mandate on 12/17/02,

It is O R D E R E D that the certified judment issued in lieu of formal mandate on 12/17/02, be and is hereby RECALLED.

A TRUE COPY:

*Kathleen Brouwer*
Kathleen Brouwer,
Chief Deputy Clerk

For the Court,

*Kathleen Brouwer*

Acting Clerk

Dated: January 27, 2003
clw/cc: Mr. Joseph Fidtler
       Raymond W. Dorian, Esq.

N:\mandate recall.wpd