OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

|  |  |  |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4928 |

www.ca3.uscourts.gov

February 28, 2003

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA   17108

RE: Docket No. 01-3994
    Fidtler  vs. PA Dept Corrections
    D. C. CIV. No. 01-cv-00955

RECEIVED
MAR 03 2003
MARY E. D'ANDREA, CLERK

Dear Mrs. D'Andrea:

    Enclosed is a certified copy of the judgment in the above-entitled case(s). The certified judgment is reissued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the reissuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By:  Carmella L. Wells
     Case Manager

Enclosure
cc:
    Mr. Joseph Fidtler
    Raymond W. Dorian, Esq.   3/3/03

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 01-3994

JOSEPH FIDTLER,

Appellant

v.

PA DEPARTMENT OF CORRECTIONS;
CHARLES STROUP; KAREN RODGERS;
CHARLES MCCLOSKEY; RAY P. SMITH

FILED
HARRISBURG, PA

MAR 3 2003

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 01-cv-00955)
District Judge: Honorable Yvette Kane

Submitted Under Third Circuit LAR 34.1(a)
on September 9, 2002

Before: NYGAARD, ROTH
and WEIS Circuit Judges

### JUDGMENT

This case came on to be heard on the record before the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to

Third Circuit LAR 34.1(a) on June 10, 2002;

On consideration whereof,

IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated October 19, 2001, be and the same is hereby affirmed. Costs taxed against appellant.

All of the above in accordance with the opinion of this Court.

ATTEST:

*Kathleen Brauner*

Chief Deputy Clerk

Dated: November 25, 2002

Costs Taxed in favor of Appellees as follows:
        Brief............................$19.80
        Appendix.....................$31.90
        TOTAL........................$51.70

Certified as a true copy and reissued on lieu
of a formal mandate on February 28, 2003

Teste: *[signature]*

Acting Clerk, United States Court of Appeals
for the Third Circuit